JUDGE MARRERO

**08 CV 3454**

208-08/PJG/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MUR SHIPPING BV
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

MUR SHIPPING BV,

                                        Plaintiff,

            -against -

SWISS SINGAPORE OVERSEAS ENTERPRISES
PTE LTD.,

                                        Defendant.
-------------------------------------------------------------------------x



08 CV _____ ( )

**RULE 7.1 STATEMENT**

The Plaintiff, MUR SHIPPING BV, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
        April 8, 2008

                            FREEHILL HOGAN & MAHAR, LLP
                            Attorneys for Plaintiff
                            MUR SHIPPING BV

                    By: _____
                            Peter J. Gutowski (PG 2200)
                            80 Pine Street
                            New York, NY 10005
                            Telephone: (212) 425-1900
                            Fax: (212) 425-1901