TO: Honorable Victor Marrero   COMPANY:

208-08/PJG/SL
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-25-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MUR SHIPPING BV,

                               Plaintiff,

   - against -

SWISS SINGAPORE OVERSEAS ENTERPRISES
PTE LTD.,

                               Defendant.
------------------------------------------------------------x

08 CIV 3454 (VM)

NOTICE OF DISMISSAL OF
ACTION UNDER F.R.C.P. 41
AND WITHDRAWAL OF
RULE B ATTACHMENT

The Defendant, not having appeared, filed an answer or a motion for summary judgment, the above entitled action is hereby discontinued without prejudice and without costs pursuant to Fed. R. Civ. P. 41(a) (1) (i), the parties having resolved the matter which formed the subject matter of the Complaint on an amicable basis; the attachment issued in this action under Supplemental Rule B is hereby withdrawn and vacated and any garnishee holding funds pursuant to the attachment issued herein is directed to release the same forthwith.

Dated: New York, New York
       April 25, 2008

                                      FREEHILL HOGAN & MAHAR, LLP
                                      Attorneys for Plaintiff MUR SHIPPING B.V.

                              By: _____
                                   Peter J Gutowski (PG 2200)
                                   80 Pine Street
                                   New York, NY 10005
                                   (212) 425-1900/ (212) 425-1901 fax

So Ordered:

_____
       U.S.D.J.

NYDOCS1/303508.1

SO ORDERED: The Clerk of Court is directed to withdraw any pending motion and to close this case.

4-25-08
DATE            VICTOR MARRERO, U.S.D.J.